

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*Horli DeWayne Hale*

**United States Bankruptcy Judge**

**Signed August 01, 2011**

---

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WHITTLE DEVELOPMENT INC., et al | § | **Jointly Administered Under** |
| | § | **Case No. 10-37084-HDH-11** |
| Debtors. | § | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING MOTION FOR DETERMINATION THAT PLAN MODIFICATIONS
DO NOT ADVERSELY AFFECT ANY ACCEPTING CREDITOR THAT
HAS NOT ACCEPTED THE MODIFICATIONS IN WRITING
AND FILING OF SUPPLEMENTAL PLAN EXHIBITS**

On this day came on for consideration the *Motion for Determination That Plan Modifications Do Not Adversely Affect Any Accepting Creditor That Has Not Accepted the Modifications in Writing and Filing of Supplemental Plan Exhibits* [Docket No. 260], filed on July 29, 2011 (the "***Plan Modification Motion***"). The Court, after noting that due notice of the Plan Modification Motion has been given to all parties-in-interest at the Confirmation Hearing and after the consideration of the evidence submitted and the arguments of counsel during the confirmation hearing makes the following findings of fact and conclusions of law:

## FINDINGS OF FACT

1.      Adequate information was contained in the Amended Disclosure Statement in this case as set forth in Section 1125 of the Code.

2.      The Amended Plan of Reorganization was not modified in such a manner that either classification or treatment of any creditor that voted to accept the Plan was materially altered in an adverse manner.

3.      The Plan Modification Motion does not cause a material adverse change to the treatment of any class of creditors or interests that voted to accept the Plan, but which has not accepted the Plan Modifications in writing.

4.      Notice sent to the twenty (20) largest creditors and those requesting notice is sufficient notice for modifications that do not cause a material adverse change to the treatment of creditors or interest holders which voted to accept the Plan.

## CONCLUSIONS OF LAW

1.      The Amended Plan of Reorganization, as modified, does not violate Sections 1122 and 1123 of the Code.

2.      The Amended Plan of Reorganization, as modified, meets all of the requirements of Section 1129 of the Code.

3.      The Debtor met the qualifications of Section 1125 of the Code by virtue of the Amended Disclosure Statement.

4.      All creditors and interest holders who voted in favor of the Amended Plan of Reorganization are deemed to have accepted the Plan Modifications.

# # # END OF ORDER # # #

**SUBMITTED BY:**

E. P. Keiffer (SBN 11181700)
Shane A. Lynch (SBN 24065656)
WRIGHT GINSBERG BRUSILOW P.C.
325 N. St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
(214) 744-2615 fax
pkeiffer@wgblawfirm.com

ATTORNEYS FOR THE DEBTORS